374 A.2d 533

**Richard ROBINSON, Individually and on
behalf of all persons similarly situate,
Appellant,**

v.

**Milton J. SHAPP, Individually and as Governor
of the Commonwealth of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued May 23, 1977.

Decided June 22, 1977.

Michael Hahalyak, Pittsburgh, for appellant.

Robert E. Rains, Deputy Atty. Gen., Harrisburg, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM:

Decree affirmed.

Each party to pay own costs.